IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| J&L WIRE CLOTH, LLC, | § | |
| | § | |
| *Plaintiff,* | § | |
| | § | |
| v. | § | |
| | § | Civil Action No. 4:25-cv-00217 |
| WALDROOP STEEL COMPANY & | § | |
| WALDROOP CONSTRUCTION | § | |
| | § | |
| *Defendants.* | § | |

**ORDER GRANTING**
**PLAINTIFF'S MOTION TO SHOW CAUSE FROM DEFENDANTS**

The Court has considered Plaintiff J&L Wire Cloth LLC's Motion to Show Cause (the "Motion"). The Court finds that the Motion is meritorious and is therefore GRANTED.

Accordingly, it is hereby ORDERED that a representative of Defendant Waldroop Steel and a representative of Waldroop Construction to appear before this Court and show cause as to why they should not be held in contempt for Defendants' disobedience of the Order.

It is further ORDERED that Defendants Waldroop Steel and Waldroop Construction shall not be allowed to reference or use any invoice that was produced after the Motion to Show Cause was filed.

It is further ORDERED that the Court require Defendants to compensate J&L in the amount of $_____ as a sanction for Defendants' violation of the Order.

It is further ORDERED that the Court require Defendants to compensate J&L for any costs it incurs in connection with Defendants' violation of the Order, including but not limited to attorneys' fees and other costs totaling.

It is further ORDERED that J&L must submit a statement of the attorneys' fees and costs within fourteen (14) days of this Order's entry for the Court's consideration;

It is further ORDERED that within 7 days of receipt of those costs and attorney's fees incurred, Defendants shall remit payment to Plaintiff.